# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
LOGGED ___ ENTERED
___ RECEIVED

DEC 13 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   **17-3182-ADC**
The Residence and Business of Juilet Luo and )
Caervision: 2502 Urbana Pike, Ijamsville, MD )
(Subject Location 3) )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A (Subject Location 3) to the Affidavit attached hereto and incorporated herein by reference.

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the Affidavit attached hereto and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371; 18 U.S.C. § 1341; 18 U.S.C. § 1343; 18 U.S.C. § 1546; 18 U.S.C. § 1956; 18 U.S.C. § 2314; 8 U.S.C. § 1324(a)(1)(A)(iv) | Conspiracy; mail fraud; wire fraud; visa fraud; money laundering; interstate transportation of stolen property; encouraging or inducing an alien to come to, enter or reside in the United States |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Lyndon George, DHS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 28 November 2017

*Judge's signature*

City and state: Baltimore, Maryland     A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*